**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PEGGY TROIANO.,

      Plaintiff,

v.                                                                    CASE NO: 8:10-cv-2179-T-26AEP

PAUL KRAFT, GAIL KRAFT, VICKY
DYKENS, and ALL COUNTY PROPERTY
MANAGEMENT AND REALTY, INC.,

      Defendants.

_____/

**O R D E R**

In light of Defendants' counsel's representations that Plaintiff's responses to discovery

are overdue and that no extension of time to respond has been requested by Plaintiff, it is ordered

and adjudged that Defendants' Motion to Compel (Dkt. 19) is granted.  Plaintiff shall file

responses to Defendants' Interrogatories and Request for Production of Documents within ten

(10) days of this order.

      **DONE AND ORDERED** at Tampa, Florida, on March 3, 2011.


                         s/*Richard A. Lazzara*
                        **RICHARD A. LAZZARA**
                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record